Gregory G. Spaulding, Esq. (SBN 106606)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:      (707) 524-1906
Spaulding@smlaw.com

Attorneys for Defendant MICHAEL KANYON, as Trustee of
The Thompson Living Trust Dated February 17, 2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNA MUTUAL INSURANCE SOCIETY,<br><br>            Plaintiff,<br><br>     vs.<br><br>MARSHAL DOUGLAS THOMPSON and MICHAEL KANYON,<br><br>            Defendants. | Case No.:  C 11-04011 MEJ<br><br>STIPULATION AND ORDER GRANTING DISCHARGE OF INTERPLEADER STAKEHOLDER, CUNA MUTUAL INSURANCE SOCIETY AND AWARD OF ATTORNEY FEES |

**STIPULATION**

Plaintiff stakeholder, CUNA MUTUAL INSURANCE SOCIETY filed a Motion to Discharge Interpleader and Stakeholder, which is scheduled for hearing on February 2, 2012, at 10:00 a.m. in Courtroom B of the above-entitled Court, before the Honorable Maria-Elena James. Plaintiff, by and through its counsel, Christopher Borders of Hinshaw & Culbertson, and both Defendants, Marshall Douglas Thompson by and through his attorney Henry D. Froneberger of Burroughs & Froneberger, and Michael Kanyon by and through his attorney Gregory G. Spaulding of Spaulding McCullough & Tansil LLP, have now reached agreement that the Motion should be granted, and hereby agree and stipulate as follows:

1  Plaintiff shall retain the amount of $6,000 (Six Thousand Dollars) from the interpled funds as
2  full satisfaction and payment of Plaintiff's attorney fees and costs in this matter;
3  Plaintiff shall deposit the interpled funds remaining $419,000 ($425,000, less the retained
4  amount above, $6,000) with this Court, pending a resolution of the claims by defendants;
5  Plaintiff shall be discharged and relieved of all further responsibility in this matter;
6  Defendants shall be enjoined from any further assertion of claims against Plaintiff relating to
7  the interpled funds.

DATED: January 11, 2012        SPAULDING McCULLOUGH & TANSIL LLP
                               Attorneys for Defendant MICHAEL KANYON, as
                               Trustee of The Thompson Living Trust Dated
                               February 17, 2005

                               By:  _____/s/_____
                                    Gregory G. Spaulding

DATED: January 11, 2012        HINSHAW & CULBERSON LLP
                               Attorneys for Plaintiff CUNA MUTUAL
                               INSURANCE SOCIETY

                               By:  _____/s/_____
                                    Christopher J. Borders

DATED: January 11, 2012        BURROUGHS & FRONEBERGER
                               Attorneys for Defendant MARSHALL THOMPSON

                               By:  _____/s/_____
                                    Henry D. Froneberger

**ATTESTATION**

Pursuant to General Order 45, section X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

///

///

**ORDER**

The Court hereby Orders as follows:

    1.    Plaintiff shall retain the amount of $6,000 (Six Thousand Dollars) from the interpled funds as full satisfaction and payment of Plaintiff's attorney fees and costs in this matter;

    2.    Plaintiff shall deposit the interpled funds remaining $419,000 ($425,000, less the retained amount above, $6,000) with this Court, pending a resolution of the claims by defendants;

    3.    Plaintiff shall be discharged and relieved of all further responsibility in this matter;

    4.    Defendants are hereby enjoined form any further assertion of claims against Plaintiff relating to the interpled funds.

**IT IS SO ORDERED.**

Dated:  1/12/12                              _____
                                       UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]*