1  Gregory G. Spaulding, Esq. (SBN 106606)
   SPAULDING McCULLOUGH & TANSIL LLP
2  90 South E Street, Suite 200
   P.O. Box 1867
3  Santa Rosa, CA  95402
   Telephone:     (707) 524-1900
4  Facsimile:     (707) 524-1906
   Spaulding@smlaw.com
5
6  Attorneys for Defendant MICHAEL KANYON, as Trustee of
   The Thompson Living Trust Dated February 17, 2005
7

8

9                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12
   CUNA MUTUAL INSURANCE SOCIETY,          Case No.:  C 11-04011 MEJ
13
                 Plaintiff,
14                                          STIPULATION AND ORDER GRANTING
        vs.                                 DISCHARGE OF INTERPLEADER
15                                          STAKEHOLDER, CUNA MUTUAL
   MARSHAL DOUGLAS THOMPSON and            INSURANCE SOCIETY AND AWARD OF
16 MICHAEL KANYON,                          ATTORNEY FEES

17               Defendants.

18

19

20                            **STIPULATION**

21        Plaintiff stakeholder, CUNA MUTUAL INSURANCE SOCIETY filed a Motion to

22 Discharge Interpleader and Stakeholder, which is scheduled for hearing on February 2, 2012, at

23 10:00 a.m. in Courtroom B of the above-entitled Court, before the Honorable Maria-Elena James.

24 Plaintiff, by and through its counsel, Christopher Borders of Hinshaw & Culbertson, and both

25 Defendants, Marshall Douglas Thompson by and through his attorney Henry D. Froneberger of

26 Burroughs & Froneberger, and Michael Kanyon by and through his attorney Gregory G. Spaulding

27 of Spaulding McCullough & Tansil LLP, have now reached agreement that the Motion should be

28 granted, and hereby agree and stipulate as follows:

                                        1
   STIPULATION AND ORDER                    Case No.:  C 11-04011 MEJ

1    Plaintiff shall retain the amount of $6,000 (Six Thousand Dollars) from the interpled funds as

2  full satisfaction and payment of Plaintiff's attorney fees and costs in this matter;

3    Plaintiff shall deposit the interpled funds remaining $419,000 ($425,000, less the retained

4  amount above, $6,000) with this Court, pending a resolution of the claims by defendants;

5    Plaintiff shall be discharged and relieved of all further responsibility in this matter;

6    Defendants shall be enjoined from any further assertion of claims against Plaintiff relating to

7  the interpled funds.

8

9  DATED:  January 11, 2012          SPAULDING McCULLOUGH & TANSIL LLP
                                     Attorneys for Defendant MICHAEL KANYON, as
10                                    Trustee of The Thompson Living Trust Dated
                                     February 17, 2005
11

12                                   By: _____/s/_____
                                         Gregory G. Spaulding
13

14

15  DATED:  January 11, 2012          HINSHAW & CULBERSON LLP
                                     Attorneys for Plaintiff CUNA MUTUAL
16                                    INSURANCE SOCIETY

17                                   By: _____/s/_____
                                         Christopher J. Borders
18

19

20  DATED:  January 11, 2012          BURROUGHS & FRONEBERGER
                                     Attorneys for Defendant MARSHALL THOMPSON
21

22                                   By: _____/s/_____
                                         Henry D. Froneberger
23

24              **ATTESTATION**

25    Pursuant to General Order 45, section X.B.,  I hereby attest that concurrence in the filing of

26  this document has been obtained from each of the other signatories.

27  ///

28  ///

STIPULATION AND ORDER                          Case No.:  C 11-04011 MEJ

**ORDER**

The Court hereby Orders as follows:

     1.    Plaintiff shall retain the amount of $6,000 (Six Thousand Dollars) from the interpled funds as full satisfaction and payment of Plaintiff's attorney fees and costs in this matter;

     2.    Plaintiff shall deposit the interpled funds remaining $419,000 ($425,000, less the retained amount above, $6,000) with this Court, pending a resolution of the claims by defendants;

     3.    Plaintiff shall be discharged and relieved of all further responsibility in this matter;

     4.    Defendants are hereby enjoined form any further assertion of claims against Plaintiff relating to the interpled funds.

    **IT IS SO ORDERED.**

Dated: __1/12/12_____

_____

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Maria-Elena James

STIPULATION AND ORDER            Case No.:  C 11-04011 MEJ