Gregory G. Spaulding, Esq. (SBN 106606)
Terry S. Sterling, Esq. (SBN 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
Spaulding@smlaw.com
Sterling@smlaw.com

Attorneys for Defendant MICHAEL KANYON, as Trustee of
The Thompson Living Trust Dated February 17, 2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CUNA MUTUAL INSURANCE SOCIETY, | Case No.: C 11-04011 MEJ |
|---|---|
| Plaintiff, | |
| vs. | JOINT STIPULATION AND [PROPOSED] ORDER FOR: |
| MARSHALL DOUGLAS THOMPSON and MICHAEL KANYON, | 1. DISTRIBUTION OF INTERPLEADED FUNDS; |
| Defendants. | 2. DISMISSAL OF ACTION, WITH PREJUDICE |

This Stipulation is being made in light of the following facts:

1.  THOMAS G. THOMPSON ("Decedent") died on May 5, 2011. He had a life insurance policy issued through his employer, the $425,000 proceeds of which were in dispute.

2.  On August 16, 2011, CUNA MUTUAL INSURANCE SOCIETY ("CUNA") filed a Complaint for Interpleader and Other Relief after receiving two competing claims for the insurance proceeds, one claim from defendant MICHAEL KANYON ("Kanyon") and one claim from defendant MARSHALL THOMPSON ("Thompson").

3.  On January 12, 2012, the Court entered its Order whereby CUNA was ordered to deposit the interpled funds remaining of $419,000 ($425,000 less $6,000 retained for payment of CUNA's attorney's fees and costs) and CUNA was discharged and relieved of all further responsibility in the action.

1

STIPULATION

Kanyon and Thompson stipulate and agree, subject to the Courts' approval, as follows:

1.  On February 14, 2012, Kanyon and Thompson reached a settlement in this action. Pursuant to their settlement, Kanyon will receive $150,000 plus 35% of any interest accrued on the total $419,000 currently held by the Court, and Thompson will receive $269,000 plus 65% of any interest accrued on the total $419,000 currently held by the Court.

2.  That upon payment under the terms set forth above, the Court shall dismiss this action in its entirety, with prejudice.

3.  That this Stipulation may be executed in counterparts.

SO STIPULATED:

Dated: MARCH 14, 2012        BURROUGHS & FRONEBERGER

By: _____
Henry D. Froneberger
Attorneys for Marshall Thompson

Dated: MARCH 15, 2012        SPAULIDNG, MCCULLOUGH & TANSIL, LLP

By: _____
Gregory G. Spaulding
Attorneys for Michael Kanyon, as Trustee of The Thompson Living Trust Dated February 17, 2005

ORDER

Having considered the Stipulation as set forth above, the Court hereby Orders as follows:

1.  That, pursuant to the settlement reached between Micahel Kanyon and Marshall Thompson, Michael Kanyon will receive $150,000 plus 35% of any interest accrued on the total $419,000 currently held by the Court, and Marshall Thompson will receive $269,000 plus 65% of any interest accrued on the total $419,000 currently held by the Court.

JOINT STIPULATION AND *[PROPOSED]* ORDER             Case No.: C 11-04011 MEJ

2. That upon payment under the terms set forth above, the Court shall dismiss this action in its entirety, with prejudice.

IT IS SO ORDERED.

Dated: March 16, 2012

_____
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND *[PROPOSED]* ORDER        Case No.: C 11-04011 MEJ